USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE DRYWALL TAPERS
AND POINTERS LOCAL UNION NO. 1974
BENEFIT FUNDS et al.,

                Plaintiffs,

    - against -

NATIONAL DRYWALL INC.,

                Defendant.
------------------------------------------------------------X

23-CV-00504 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 21, 2023, Plaintiffs served Defendant by mail at the address 1099 Tulip Avenue, Franklin Square, NY 11010.  (Dkt. 7.)  However, Defendant's registered address in the New York State Corporation and Business Entity Database appears as 106 Clinch Avenue, Garden City, NY 11530.  On February 24, 2023, Plaintiffs served the Secretary of State of the State of New York.  (Dkt. 8.)  Service on the Secretary of State is known to take a few weeks to months.  The Court will not consider Plaintiffs motion for default – filed on April 5, 2023 – without giving Defendant a full and fair opportunity to appear.  Accordingly, by **April 13, 2023**, Plaintiffs shall file a letter explaining what efforts, if any, it has made to contact individuals affiliated with the Defendant company or to otherwise confirm that the Defendant company is aware of the case.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: Aprils 7, 2023
       New York, New York

Copies transmitted this date to all counsel of record.